1

2

3

4

5

6

7

8             **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10

11    GARY SILVA,                              Case No. 3:20-cv-00270-RCJ-WGC

12                    Petitioner,              **ORDER**

13           v.

14    RUSSELL, et al.,

15                    Respondents.

16

17        Respondents having filed a motion for enlargement of time (first request) (ECF No. 7),

18    and good cause appearing;

19        IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first

20    request) (ECF No. 7) is **GRANTED**.  Respondents will have up to and including January 19,

21    2021, to file and serve a response to the petition (ECF No. 5).

22        DATED:   November 23, 2020.

23                                             _____

24                                             ROBERT C. JONES
                                               United States District Judge
25

26

27

28

                                               1