UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY SILVA,<br><br>        Petitioner,<br><br>   v.<br><br>RUSSELL, et al.,<br><br>        Respondents. | Case No. 3:20-cv-00270-RCJ-WGC<br><br>**ORDER** |

Respondents have filed a motion for leave to file exhibits in camera and under seal (ECF No. 12). The exhibits in question are probation violation reports. These reports contain confidential information. The court finds compelling reasons to file this document under seal. See Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006).

Petitioner has filed a motion for enlargement of time (first request) (ECF No. 15) and a request to amend his petition for a writ of habeas corpus (ECF No. 16).[1] The court grants the enlargement motion and denies the amendment motion.

In the motion for enlargement of time, petitioner states that he has limited access to legal resources. He has demonstrated good cause for an extension of time to file a response to the motion to dismiss (ECF No. 9).

---

[1] The two motions are in the same document. The clerk of the court has docketed each motion separately.

1

In the request to amend his petition, petitioner states that both the court and respondents are confused over what petitioner actually is claiming. However, petitioner has not submitted a proposed amended petition with his motion, as required by LR 15-1(a). The court will deny this request to amend the petition.

IT THEREFORE IS ORDERED that respondents' motion for leave to file exhibits <u>in camera</u> and under seal (ECF No. 12) is **GRANTED**.

IT FURTHER IS ORDERED that petitioner's motion for enlargement of time (first request) (ECF No. 15) is **GRANTED**. Petitioner will have up to and including April 30, 2021, to file a response to the motion to dismiss (ECF No. 9).

IT FURTHER IS ORDERED that petitioner's request to amend his petition for a writ of habeas corpus (ECF No. 16) is **DENIED**.

DATED: April 29, 2021.

_____
ROBERT C. JONES
United States District Judge