UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY SILVA, | Case No. 3:20-cv-00270-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| RUSSELL, et al., | |
| Respondents. | |

Respondents having filed two motions for enlargement of time (ECF No. 30, ECF No. 31), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (ECF No. 30) is **GRANTED**. Respondents will have up to and including July 12, 2021, to reply to the opposition to the motion to strike amended petition (ECF No. 28).

IT FURTHER IS ORDERED that respondents' motion for enlargement of time (ECF No. 31) is **GRANTED**. Respondents will have up to and including July 12, 2021, to respond to the request to amend writ of habeas corpus (ECF No. 29).

DATED: May 24, 2021.

ROBERT C. JONES
United States District Judge